CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 25 2012

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM R. COUCH, | ) | Civil Action No. 7:11-cv-00034 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN M. JABE, <u>et al.</u>, | ) | By:   Hon. James C. Turk |
|     Defendants. | ) |        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants' motions for summary judgment are **GRANTED**; plaintiff's motion for summary judgment is **DENIED**; plaintiff's motion to rescind the protective order is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

ENTER: This _____ day of July, 2012.

/s/ James C. Turk
Senior United States District Judge