CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 2 5 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM R. COUCH,<br>Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:11-cv-00034 |
| v. | ) <br> ) | **ORDER** |
| JOHN M. JABE, <u>et al.</u>,<br>Defendants. | ) <br> ) <br> ) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants' motions for summary judgment are **GRANTED**; plaintiff's motion for summary

judgment is **DENIED**; plaintiff's motion to rescind the protective order is **DENIED as moot**;

and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to plaintiff and counsel of record for defendants.

**ENTER**: This ___ 24th day of July, 2012.

_____
Senior United States District Judge